**FILED**

03/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0016

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MOORE FAMILY COMPANY and MOORE REVOCABLE LIVING TRUST DATED NOVEMBER 14, 2019,<br><br>    Plaintiff and Appellants,<br><br>v.<br><br>TIMOTHY C. KELLY and MARTHA EVERT KELLY as TRUSTEE of the TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE TRUST, U/A/D/ DECEMBER 8, 2008,<br><br>    Defendants, Appellees and Cross-Appellants. | Supreme Court No. DA 24-0016<br><br><br><br><br>**ORDER** |
| TIMOTHY C. KELLY and MARTHA EVERT KELLY as TRUSTEE of the TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE TRUST, U/A/D/ DECEMBER 8, 2008,<br><br>    Counter Claimants,<br><br>v.<br><br>MOORE FAMILY COMPANY and ROBERT B. MOORE and ELIZABETH J. MOORE as TRUSTEES of the MOORE REVOCABLE LIVING TRUST DATED NOVEMBER 14, 2019,<br><br>    Counter-Defendants. | |

Pursuant to Montana Rule of Appellate Procedure 26(1),

Plaintiffs/Appellants are granted an extension of time until April 12, 2024, to

prepare, file, and serve its Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 6 2024